W. F. FERNEAU v. STATE.

No. A-426.    Opinion Filed February 6, 1911.

Appeal from Woodward County Court; T. L. O'Bryan, Judge.

W. F. Ferneau was convicted in the county court of Woodward county, on a charge of unlawfully conveying intoxicating liquor, and appeals.    Affirmed.

Chas. Swindall, for appellant.
Fred S. Caldwell for appellee.

PER CURIAM.    From a careful examination of the record in this case it is very clear that the judgment of the court below was well founded and just, and that there are no errors in this record which deprived the appellant of any substantial right.    We do not feel warranted in reversing this case.    The judgment is therefore affirmed.

BERT WAITS v. STATE.

No. A-289.    Opinion Filed February 6, 1911.

Appeal from Wagoner County Court; W. T. Drake, Judge.

Bert Waits was convicted in the county court of Wagoner county, on the 17th day of May, 1909, for selling intoxicating liquors, and appeals.    Appeal dismissed.

Chas G. Watts and Leon B. Fant, for appellant.

PER CURIAM.    The appellant was convicted in the county court of Wagoner county, on the 17th day of May, 1909, on the charge of selling intoxicating liquors, and was sentenced on the 1st day of June, 1909, to pay a fine of $100 and serve sixty days in the county jail.    The appellant was informed by the county court of his right of appeal, and asked sixty days in which to make and serve case-made. His bond was fixed at $600, which was given and approved.    The record in this case shows that the case-made was served in time, but fails to show the service of any notice of appeal on the county attorney and the clerk of the county court as required by law.    By reason of this defect this court is without jurisdiction to review this case on appeal, and the same is dismissed.